ANNETTE MEISELMAN, Appellant, v LONNIE FOGEL et al., Respondents.

Submitted September 8, 2008; decided September 16, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

ELHADI ELSHEIK MOHAMED et al., Appellants, v LARRY DEFRIN et al., Respondents, and CHRISTOFOROS BLANIS, Appellant, et al., Defendants.

Submitted July 14, 2008; decided September 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JOHN MOODY, Respondent, v SVETLANA SOROKINA, Appellant. RICHARD ALDERMAN, Respondent.

Submitted September 8, 2008; decided September 16, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.